MELINDA HAAG (CASBN 132612)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JEFFREY B. SCHENK (CASBN 234355)
Assistant United States Attorney

150 Almaden Boulevard
San Jose, California 95113
Telephone: (408) 535-2695
Facsimile:  (408) 535-5066
Email: jeffrey.b.schenk@usdoj.gov

Attorneys for the United States of America

**FILED**

OCT 1 4 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MICHAEL SWANSON, <br> Defendant. | No.   CR 10-00730-JF <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM OCTOBER 8, 2010 TO OCTOBER 21, 2010 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A)) |

On October 8, 2010, the parties appeared for a hearing before this Court. At that hearing, the government and defense requested an exclusion of time under the Speedy Trial Act based upon the defense counsel's need to effectively prepare by reviewing discovery materials to be provided by the government. At that time, the Court set the matter for a hearing before Judge Fogel on October 21, 2010.

The parties stipulate that the time between October 8, 2010 and October 21, 2010 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Finally, the parties agree

that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases. 18 U.S.C. §3161(h)(7)(A).

DATED: October 12, 2010			MELINDA HAAG
						United States Attorney


						/s/
						_____
						JEFFREY B. SCHENK
						Assistant United States Attorney


						/s/
						_____
						MANUEL ARAUJO
						Attorney for Defendant

## ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between October 8, 2010 and October 21, 2010 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(7)(A).

IT IS SO ORDERED.
DATED: 10/14/10

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE