1

2

3                                              **Filed**

4

5                                              OCT  4, 2013

6                                          RICHARD W. WIEKING
                                           CLERK, U.S. DISTRICT COURT
7                                          NORTHERN DISTRICT OF CALIFORNIA
                                           SAN JOSE

8

9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

                           SAN JOSE DIVISION
12

13   UNITED STATES OF AMERICA,          )    No. CR 10-00730 LHK
                                         )
14        Plaintiff,                     )    [PROPOSED] ORDER GRANTING
                                         )    GOVERNMENT'S REQUEST TO FILE
15   v.                                  )    CERTAIN EXHIBITS WITH REDACTIONS
                                         )    AND OTHER TRIAL EXHIBITS
16   MICHAEL SWANSON,                    )
                                         )
17        Defendant.                     )
                                         )
18                                       )
                                         )
19   _____ )

20        Good cause appearing therefore, it is hereby ordered that redacted copies of government

21   trial exhibits 4, 11-16, 18-25, 33, 37-39, 60, 64, 70-73, 76, 78-85, 100-104, 106-108, 110-

22   119, 121-139, 141, 144-160, 162-165, and 168-188, admitted during the trial of United

23   States v. Michael Swanson, shall be filed by the government and maintained by the Court.

24   Furthermore, it is hereby ordered that government trial exhibits 203–208 and 211 be filed

25   and maintained under seal until further order of this Court.

26   DATED: ~~September~~  3 , 2013
            October
27

28                              _Lucy H. Koh_____
                                HONORABLE LUCY H. KOH
                                UNITED STATES DISTRICT JUDGE

                                    -3-